IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR314-006 |
| | ) | |
| ROTHA R. HAYNES | | |

## ORDER

The defendant having been sentenced to a term of probation on August 21, 2014,

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00, posted by Thad Haynes, plus all accrued interest thereon, be returned to Thad Haynes at 903 Greenwood Drive, Dublin, GA 31021.

This 23rd day of Sept, 2014 at Augusta, Georgia

HONORABLE DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA