FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 27 AM 9:49

CLERK ________
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA, ]
]
v. ] CR314-006-002
]
ROTHA R. HAYNES ]

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Rotha R. Haynes in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time June 13 through June 20, 2015 and July 9 through 14, 2015.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates.

So ordered, this 24th day of April, 2015.

Judge, United States District Court
Southern District of Georgia

Order prepared by:

Tom A. Peterson IV
GA Bar No. 574545
Attorney for Rotha R. Haynes
The Law Firm of Tom A. Peterson IV, LLC
P.O. Box 2037
104 South West Main Street
Vidalia, Georgia 30475
(o) 912.537.6388
(f) 912.537.6391
Email: tom@petersonfirm.net