UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR 12 AM 9: 55
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| v. | ] | CR314-006-002 |
| | ] | |
| ROTHA R. HAYNES. | ] | |

### ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Rotha R. Haynes in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time May 4 through May 6, 2016 (11th Circuit Judicial Conference), June 20 through June 24, 2016 (family vacation), and July 7 through July 8, 2016 (family vacation).

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates.

So ordered, this 12th day of April, 2016.

_____
Judge, United States District Court
Southern District of Georgia

Order prepared by:

Tom A. Peterson IV
GA Bar No. 574545
Attorney for Rotha R. Haynes
The Law Firm of Tom A. Peterson IV, LLC
P.O. Box 2037
104 South West Main Street
Vidalia, Georgia 30475
(o) 912.537.6388
(f) 912.537.6391
Email: tom@petersonfirm.net